766

*J. Louis Monarch* and *Mrs. Maryhelen Wigle* for respondent.

No. 1000. PETTICREW REAL ESTATE Co. *v.* MUFFLER, RECEIVER, ET AL. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sidney G. Kusworm* for petitioner. *Mr. George W. Tehan* for respondents.

No. 1004. KEAL DRIVEWAY CO. ET AL. *v.* CAR AND GENERAL INSURANCE CORP. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. W. Shackelford* for petitioners. *Mr. K. I. McKay* for respondent.

No. 1007. WINSTON *v.* MARTIN ET AL., TRADING AS MARTIN BROS. June 7, 1943. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. John S. Barbour* for petitioner. *Mr. Albert V. Bryan* for respondents.

No. 1041. DUBINA *v.* MICHIGAN. June 7, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Harry C. Howard* for petitioner.

No. 977. S. J. GROVES & SONS Co. *v.* WARREN, COMPTROLLER GENERAL. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. O. R. McGuire* and *O. R. McGuire, Jr.* for